**Order entered December 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER, AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court are appellant's December 11, 2018 third motion for extension of time to file corrected brief and appellees' December 17, 2018 response. We **GRANT** the motion and **ORDER** the brief be filed no later than February 1, 2019. We caution appellant that failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/     DAVID EVANS
          JUSTICE